IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC BARRON, CHELSEY THOMPSON, SIMON MOELLER, *on behalf of themselves and all others similarly situated* | : | CIVIL ACTION |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | NO.  25-5696 |
| | : | |
| GENERAL MOTORS LLC | : | |

## ORDER

**AND NOW**, this 18th day of May 2026, upon considering defendant's motion to compel arbitration (DI 16), plaintiffs' opposition (DI 19), defendant's reply (DI 21), defendant's supplemental memorandum (DI 26), defendant's motion to dismiss (DI 27), plaintiffs' opposition (DI 31), defendant's reply (DI 32), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.    Defendant's motion to compel arbitration (DI 16) is **DENIED**.

2.    Defendant's motion to dismiss (DI 27) is **DENIED**.

_____
MURPHY, J.